321 So.2d 195

**In re Donald Wayne SPEARS**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1508.**

Supreme Court of Alabama.

Oct. 30, 1975.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston, III, Montgomery, and Aubrey Ford, Jr., Tuskegee, for petitioner.

None for respondent.

FAULKNER, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Spears v. State*, 55 Ala.App. 456, 316 So.2d 704.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.

316 So.2d 221

**In re James E. SPEIGNER**

**v.**

**Robert McGHEE, d/b/a McGhee Electrical Co.**

**Ex parte ROBERT McGHEE d/b/a McGhee Electrical Company.**

**SC 1344.**

Supreme Court of Alabama.

July 17, 1975.

N. T. Braswell, III, Montgomery, for petitioner.

None opposed.

BLOODWORTH, Justice.

Petition of Robert McGhee, d/b/a McGhee Electrical Co. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Ex parte McGhee, d/b/a McGhee Electrical Co. (In re Speigner v. McGhee, d/b/a McGhee Electrical Co.), 55 Ala.App. 384, 316 So.2d 215.

Writ denied.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.